ORIGINAL

FILED

BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

DAVID COUNTRYMAN (CABN 226995)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7303
FAX: (415) 436-7234
david.countryman@usdoj.gov

Attorneys for United States of America

JUL 17 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

3-17-71007    SK

| UNITED STATES OF AMERICA, | ) CRIMINAL NO. |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| PATRICK SLAVIN, | ) |
| Defendant. | ) |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that the above-named defendant has been arrested based upon an arrest warrant (copy attached) issued upon Superseding Indictment pending in the Eastern District of California, Case Number <u>CR 17-0115-TLN</u>. The Warrant for Arrest is attached as Exhibit 1, and the Indictment is attached as Exhibit 2.

**DESCRIPTION OF CHARGES**

Counts One through Twelve of the Indictment charge mail fraud, in violation of 18 U.S.C. § 1341. Counts 13 - 21 of the Indictment charge wire fraud, in violation of 18 U.S.C. § 1343.

PENALTIES

1  Pursuant to 18 U.S.C. §§ 1341 and 1343, the maximum penalties are as follows: maximum 20
2  imprisonment, maximum $1,000,000 fine, 3 years of supervised release, $100 special assessment,
3  forfeiture, and restitution.

Respectfully Submitted,
BRIAN J. STRETCH
United States Attorney

Date: 7/17/17

DAVID COUNTRYMAN
Assistant U.S. Attorney